Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAYVENN, INC.,<br><br>Defendant. | Case No. 3:20-cv-05413-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFRENCE FROM NOVEMBER 3, 2020, AT 2:00 P.M. TO JANUARY 28, 2021, AT 2:00 P.M.** |

Before the Court is the Plaintiff's Unopposed Motion to Continue the Initial Case Management Conference. Having considered the Motion, and good cause appearing therefor, the Court grants the Plaintiff's Motion and orders as follows.

The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is continued to 21 days in advance of the initial case management conference. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement is continued to 7 days in advance of the Initial Case Management Conference. The Initial Case Management Conference set for November 3, 2020, at 2:00 P.M. is continued to January 28, 2021 at 2:00 P.M.

IT IS SO ORDERED:

DATED: October __16__, 2020        BY:_____
                                        Honorable
                                        United States District Judge

*APPROVED — Judge Vince Chhabria*

~~PROPOSED~~ ORDER