1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  SPENCER MCMANUS (CA SBN 322824)
   SMcManus@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   MAYVENN, INC.
7
   TODD M. FRIEDMAN (CA SBN 216752)
8  tfriedman@toddflaw.com
   ADRIAN R. BACON (CA SBN 280332)
9  abacon@toddflaw.com
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
10 21550 Oxnard Street, Suite 780
   Woodland Hills, CA 91367
11 Telephone: 323.306.4234
   Facsimile: 866.633.0228
12
   Attorneys for Plaintiff
13 TRACY THOMPSON

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 TRACY THOMPSON, individually, and on        Case No.    3:20-cv-05413-VC
19 behalf of other members of the general public
   similarly situated,                         STIPULATION AND
20                                              [PROPOSED] ORDER TO SET
                      Plaintiff,                BRIEFING SCHEDULE FOR
21                                              MOTION TO DISMISS AND
            v.                                  CONTINUE CASE
22                                              MANAGEMENT CONFERENCE
   MAYVENN, INC.,
23                                              AS MODIFIED
                      Defendant.
24

25

26

27

28

1

**STIPULATION AND [PROPOSED] ORDER**

2

Pursuant to Northern District of California Local Rule 6-2 and 7-12, Plaintiff Tracy

3

Thompson ("Plaintiff") and Defendant Mayvenn, Inc. ("Mayvenn"), by and through their

4

undersigned counsel, stipulate as follows:

5

WHEREAS, Plaintiff filed the Complaint in this action on August 5, 2020;

6

WHEREAS, Plaintiff sent Mayvenn a waiver of service on September 29, 2020, and

7

Mayvenn agreed to waive service that same day;

8

WHEREAS, the parties previously stipulated under Local Rule 6-1(a) to extend

9

Mayvenn's time to respond to the Complaint up to and including January 29, 2021 (ECF No. 30)

10

to allow the parties an opportunity to confer about Plaintiff's allegations and Defendant's

11

defenses to the claims asserted;

12

WHEREAS, Mayvenn intends to file a potentially dispositive motion to dismiss the

13

Complaint, and the parties have agreed on a briefing schedule for that motion;

14

WHEREAS, paragraph 13 of this Court's Standing Order for Civil Cases provides that the

15

parties may stipulate to continue the initial case management conference to 13 days after the

16

hearing on a potentially dispositive motion to dismiss;

17

THEREFORE, IT IS AGREED AND STIPULATED by the parties, through their counsel,

18

that the briefing schedule for Mayvenn's motion to dismiss shall be as follows:

19

- Mayvenn's Motion to Dismiss:          February 5, 2021

20

- Plaintiff's Opposition:          February 26, 2021

21

- Mayvenn's Reply:          March 12, 2021

22

- Hearing:          April 1, 2021

23

IT IS FURTHER STIPULATED that, subject to the Court's approval, the initial case

24

management conference in this matter shall be continued from January 26, 2021 to April 14, 2021

25

at 10:30 a.m.

26

/ / /

27

/ / /

28

/ / /

STIPULATION & [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS & CONTINUE CMC
CASE NO. 3:20-cv-05413-VC
sf-4411183

2

1  Dated:        January 15, 2021        MORRISON & FOERSTER LLP

2

3                                        By:    /s/ Tiffany Cheung
                                                TIFFANY CHEUNG
4
                                                Attorneys for Defendant
5                                               MAYVENN, INC.

6  Dated:        January 15, 2021        LAW OFFICES OF TODD M. FRIEDMAN,
                                         P.C.
7

8
                                         By:    /s/ Todd M. Friedman
9                                               TODD M. FRIEDMAN

10                                              Attorneys for Plaintiff
                                                TRACY THOMPSON
11

12

13                    **ATTESTATION OF E-FILED SIGNATURE**

14        I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this

15  Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Todd M. Friedman has

16  concurred in this filing.

17  Dated:        January 15, 2021               /s/ Tiffany Cheung
                                                 TIFFANY CHEUNG
18

19

20                            [PROPOSED] **ORDER**

21  PURSUANT TO STIPULATION, IT IS ORDERED.

22     DATED:     January 18, 2021

23                                        The Honorable Vince Chhabria
                                          United States                    APPROVED
24
       No further extensions will be granted.                  Judge Vince Chhabria
25

26

27

28