UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MAYVENN, INC.,<br><br>        Defendant. | Case No. 20-cv-05413-VC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 42 |

      Counsel for the plaintiff's motion to withdraw is granted. The case is stayed until August 11, 2021 to give Thompson time to seek counsel and evaluate her options. As explained to Thompson, even if she does not find counsel, she can represent herself and proceed with her individual claims. But if she has not secured counsel by the August 11 status conference, the Court will strike the class claims from her complaint because she cannot bring a class action lawsuit while proceeding without a lawyer.

      Former counsel for Thompson is ordered to provide her with any document filed on the docket (including this order) until new counsel makes an appearance or Thompson files a document indicating her wish to represent herself (that is, to proceed "pro se"). Thompson can seek more information from the pro se helpdesk at https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: June 9, 2021

_____
VINCE CHHABRIA
United States District Judge