UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAYVENN, INC.,<br><br>　　　　Defendant. | 20-cv-05413-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order dismissing this case. *See* Dkt. No. 60. The Clerk of Court will close the case.

**IT IS SO ORDERED.**

Dated: September 30, 2021

_____
VINCE CHHABRIA
United States District Judge